ACCEPTED
12-15-00128-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/18/2015 2:58:23 PM
CATHY LUSK
CLERK

## NO. 12-15-00128-CR

| | | |
|---|---|---|
| **ROBERT LAFAYETTE WALKER,** | § | **IN THE 12TH** |
| Appellant | § | |
| | § | |
| v. | § | **COURT OF APPEALS** |
| | § | |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| Appellee | § | **DISTRICT** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/18/2015 2:58:23 PM
CATHY S. LUSK
Clerk

### Beverly D. Melontree's Affidavit

On the 18th day of August, 2015, Beverly D. Melontree, personally appeared before me, the undersigned Notary Public, and after being sworn, stated the following under oath:

1. My name is Beverly D. Melontree. I am over eighteen (18) years of age and my law office is located at 213 South Fenton Avenue; Tyler, Texas 75702. I am fully competent to make this affidavit. I have personal knowledge of the facts regarding Appellant's Brief and they are true and correct:

"2. On April 15, 2015, a Motion to Suppress was held in Cause Number: 03-82609-14 before the Honorable Floyd Getz; County Court at Law Number Three (3); Smith County, Texas. The Court denied the motion. Mr. Walker told me that he wanted to appeal the decision. Therefore, I timely filed a Notice of Appeal on May 8, 2015.

3. Shortly thereafter, the 12th Court of Appeals notified me and I was able to do the necessary paperwork to perfect the appeal. In the interim, the court reporter requested an extension of time to file the court reporter's record.

4. I timely paid for the court reporter's record, plus I paid for the court records.

5. On July 14, 2015, the Court Clerk sent me correspondence to state that the Court had received the court reporter's record. I read the email, but failed to printout the date. Instead of making a notation for July 14, 2015, I made a

notation for July 20, 2015.

6.      For the first time, I failed to double-check the date.

7.      Initially, I planned to file a Motion for Extension of Time, but when I mistakenly thought that I had until August 19, 2015, I began to work on the appellate brief.

8.      Due to my busy court schedule for the week of August 17, 2015, I worked vigorously to complete and file the Appellant's brief during the week of August 10, 2015. However, I was three (3) days late.

9.      During the latter above-referenced week, I failed to review my emails on a daily basis; and therefore, on August 17, 2015, I opened my email. It was the first time that I was made aware that the brief was due on August 13, 2015 and not August 19, 2015.

10.     It was an innocent mistake; and therefore, I so humbly request the Court to grant three (3) additional days to perfect the appeal.

11.     I am available to testify."

_____
Beverly D. Melontree

SUBSCRIBED AND SWORN TO ME on the 18th day of August 2015.

_____
Signature

_____
Typed Name

KARA BARRETT
Notary Public, State of Texas
My Commission Expires
February 10, 2018

Notary of Public in and for the
State of Texas

My commission expires on:    2-10-18

2